UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :   **ORDER**
    -v-                             :
                                    :   S3 18 Cr. 316 (PAC)
KRISTOPHER TAGLIANETTI,             :
                                    :
              Defendant.            :
                                    :
                                    :
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Tara La Morte, Samuel P. Rothschild, and Robert B. Sobelman;

It is found that Superseding Information S3 18 Cr. 316 (PAC), the transcript of the defendant's waiver of indictment and change of plea hearing, all docket entries associated with the defendant's waiver of indictment and change of plea hearing, and any further docket entries with respect to the defendant in the above-captioned case are currently sealed, and the United States Attorney's Office has applied, without objection from the defendant, to have the aforementioned unsealed, and it is therefore

ORDERED that Superseding Information S3 18 Cr. 316 (PAC), the transcript of the defendant's waiver of indictment and change of plea hearing, all docket entries associated with the defendant's

waiver of indictment and change of plea hearing, and any further docket entries with respect to the defendant in the above-captioned case be unsealed and placed on the public docket pending further order of the Court.

Dated: New York, New York
~~June~~ July 6, 2021

_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE