LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

October 6, 2022

Hon. Paul A. Crotty
United States District Court
Southern District of New York
New York, New York 10007
via ECF

**Re: United States v. Kristopher Taglianetti,**
18 Cr. 316 (PAC)

Your Honor:

The Court sentenced Kristopher Taglianetti to time served and probation on September 22, 2022. I write to request that the Court direct the Pretrial Office to release Mr. Taglianetti's passport so that he may retrieve it.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_Paul Crotty_  10-11-22
HON. PAUL A. CROTTY