**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

October 6, 2022

Hon. Paul A. Crotty
United States District Court
Southern District of New York
New York, New York 10007
via ECF

Re: **United States v. Kristopher Taglianetti,**
18 Cr. 316 (PAC)

Your Honor:

At Kristopher Taglianetti's sentencing on September 22, 2022, the Court indicated that the probation department should permit him to travel to Colombia for business. Probation has requested that I ask the Court to issue an Order indicating that Mr. Taglianetti shall be permitted to travel to Colombia for work. In advance of any trip Mr. Taglilanetti will notify probation of his intention to travel and the details of his itinerary. The government, by Robert Sobelman, Esq., consents to this request.

Therefore, I request that the Court endorse this letter indicating that as a condition of his probation, Mr. Taglianetti shall be permitted to travel to Colombia for business.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

*Paul A Crotty*   10-11-22

HON. PAUL A. CROTTY