LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899
September 27, 2022

Hon. Paul A. Crotty
United States District Court
Southern District of New York
New York, N.Y. 10007
via ECF

Re: United States v. Kristopher Taglianetti
18 Cr. 316 (PAC)

Your Honor:

I write to request that the Court issue a revised judgment in this case, to correct the requirement that Mr. Taglianetti pay a lump sum of twenty-five thousand and five hundred dollars ($25,500.00) immediately.

The Court sentenced Kristopher Taglianetti to time served and three years probation on September 22, 2022. At that time a consent Order of Forfeiture, specifying forfeiture of twenty five thousand dollars ($25, 000.00), was signed by the parties and submitted to the Court. The Court directed that the defendant pay a five hundred dollar ($500.00) special assessment, immediately, but did not impose a fine as Your Honor found that Mr. Taglianetti does not have the capacity to pay a fine.

The Judgment in this case states "Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:" and the box referring to a lump sum payment of *$25,500.00 due immediately* is checked off. (Exhibit A Judgment p.8).

The Court did not specify that requirement in imposing sentence. Indeed, the timing of the forfeiture payment was not discussed. Mr. Taglianetti is unemployed and has been living with his parents for the last three years as his only income is disability payments. He does not have the capacity to make any payments at this time. He will only be able to pay the five hundred dollar ($500.00) special assessment immediately because his parents will loan him the money.

Respectfully, the Judgment should be corrected to state that the payment of the total criminal monetary penalties of $500.00, not $25,500.00 is due immediately. Further, as is customary, there should be no direction regarding the timing of the forfeiture payments.

The government, by Robert Sobelman, Esq, consents to this request.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

*Paul A Crotty*   10/11/2022
HON. PAUL A. CROTTY