UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

KRISTOPHER TAGLIANETTI,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

S3 18 Cr. 316 (PAC)

      WHEREAS, on or about November 4, 2019, KRISTOPHER TAGLIANETTI (the "Defendant"), was charged in a five-count superseding Information, S3 18 Cr. 316 (PAC) (the "Information"), with narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count One); distribution and possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(E), 841(b)(2), and Title 18, United States Code, Section 2 (Count Two); distribution and possession with intent to distribute human growth hormone, in violation of Title 21, United States Code, Section 333(e)(1) and Title 18, United States Code, Section 2 (Count Three); wire fraud, in violation of Title 18, United States Code, Section 1343 (Count Four); and making a false or fraudulent statement, in violation of Title 18, United States Code, Section 1001 (Count Five);

      WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses charged in Counts One and Two of the Information, and any and all property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of the offenses charged in Counts One and Two of the Information,

including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information;

WHEREAS, the Information included a forfeiture allegation as to Count Four of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count Four of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the offense charged in Count Four of the Information;

WHEREAS, on or about November 4, 2019, the Defendant pled guilty to Counts One through Five of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegations with respect to Counts One, Two, and Four of the Information and agreed to forfeit to the United States, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money representing proceeds traceable to the offenses charged in Counts One, Two, and Four of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $25,000 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One, Two, and Four of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One, Two, and Four of the

Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Robert Sobelman, Tara LaMorte, and Samuel Rothschild, of counsel, and the Defendant and his counsel, Lisa Scolari, Esq., that:

1. As a result of the offenses charged in Counts One, Two, and Four of the Information, to which the Defendant pled guilty, a money judgment in the amount of $25,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One, Two, and Four of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, KRISTOPHER TAGLIANETTI, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. Upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, United States Customs and

Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____        9/22/22
ROBERT B. SOBELMAN                             DATE
TARA M. LAMORTE
SAMUEL ROTHSCHILD
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2616 / 1041 / 2504


KRISTOPHER TAGLIANETTI

By: _____        9/12/22
KRISTOPHER TAGLIANETTI                        DATE

By: _____        9/22/22
LISA SCOLARI, ESQ.                            DATE
Attorney for Defendant
20 Vesey Street, Suite 400
New York, NY 10007
(212) 227-8899


SO ORDERED:

_____             11/17/2022
HONORABLE PAUL A. CROTTY                      DATE
UNITED STATES DISTRICT JUDGE